**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**QUINNE POWELL,**

    **Petitioner,**

    v.                                    **Civil Action No. 1:18-cv-149
                                                    (Judge Kleeh)**

**JENNIFER SAAD,**

    **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 11] AND
DISMISSING THE PETITION AS MOOT [DKT. NO. 1]**

On August 2, 2018, the pro se Petitioner, Quinne Powell ("Petitioner"), an inmate at FCI Hazelton in Bruceton Mills, West Virginia, filed a petition in this action pursuant to 28 U.S.C. § 2241 [Dkt. No. 1] challenging his life sentence and requesting that it be vacated.

Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi for initial review. On April 20, 2021, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the Court dismiss the petition as moot based on Petitioner's release from custody on October 4, 2019 [Dkt. No. 11 at 5].

The R&R also informed the parties that they "shall have fourteen (14) days (filing of objections) and then three days (mailing/service), from the date of filing this Report and

Recommendation" within which to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection" [Dkt. No. 11 at 6]. It further warned that the "[f]ailure to file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals" [Id.]. The docket reflects that service of the R&R was accepted April 23, 2021 [Dkt. No. 12]. To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. This Court agrees that the petition should be dismissed as moot as Petitioner was released

from Bureau of Prison ("BOP") custody on October 4, 2019. Accordingly, upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [Dkt. No. 11]. The § 2241 Petition [Dkt. No. 1] is **DISMISSED AS MOOT**. The Court further **ORDERS** that this matter be **STRICKEN** from the Court's active docket and **DIRECTS** the Clerk to enter judgment in favor of Respondent.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the pro se Petitioner via certified mail, return receipt requested.

**DATED:** July 1, 2021

>     /s/ Thomas S. Kleeh
>     THOMAS S. KLEEH
>     UNITED STATES DISTRICT JUDGE